# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                          **DOCKET NO. 3:13CR219**

    **V.**                                                     **ORDER**

**TRACY CLARENCE ANDERSON**

___

   **THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 45) Motion to Seal Document No. 44. Exhibit A (Defendant's BOP Medical Records) to United States' Response in Opposition to Defendant's Motion for Compassionate Release

   **IT IS ORDERED**, that United States Attorney's Motion (Doc. No.45) is **GRANTED.**


Signed: October 13, 2021

_____
Frank D. Whitney
United States District Judge